**Order entered October 6, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00712-CV

## IN THE INTEREST OF A.M., A CHILD

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-30187-2019**

## ORDER

Before the Court is appellant's October 5, 2021 motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **October 25, 2021**. We caution appellant that further extension requests in this accelerated appeal involving the termination of parental rights will be disfavored.

/s/    AMANDA L. REICHEK
        JUSTICE